UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT F. LEIJA**                                      **CIVIL ACTION**

**VERSUS**                                               **NO. 06-10489**

**PENN MARITIME, INC.**                                  **SECTION "S" (2)**

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Sever Maintenance and Cure Claims and to Continue Trial on Remainder of Case (Rec. Doc. 34) is **GRANTED**.

## BACKGROUND

On November 20, 2006, Plaintiff, Robert F. Leija, filed a complaint against defendant, Penn Maritime, Inc., alleging that on May 25, 2006, he was a lead tanker/member of the crew for Penn and was working on a vessel owned by Penn, the ATB CAPTAIN HAGAN/KEYWEST. At that time, Leija claimed that he developed an illness, including symptoms of a sore throat, lump in his neck, and nausea. Leija further alleged that Penn was negligent and the vessel was unseaworthy because he worked for Penn for ten years and was exposed to numerous toxic chemicals without any protective equipment. Leija alleged that he suffered from carcinoma of the hypopharnyx and piriform sinus. He also claimed that he was entitled to maintenance and cure, which he alleged Penn arbitrarily denied.

In July 2007, a second amended complaint was filed after Leija died from metastatic cancer

on June 14, 2007.  His sister, Janet Leija, was substituted as plaintiff.  Thereafter, a third amended complaint was filed adding additional vessels that decedent worked on for Penn, namely the M/V VICTORY, M/V CAPT. D, and two barges, the TEXAS and SMITH POINT.  Plaintiff also added that decedent died as a result of matastatic cancer, which originated from invasive squamous cell carcinoma of the hypopharynax and piriform sinus.

## DISCUSSION

Plaintiff seeks severance of the maintenance and cure claim from the rest of the claims and for a continuation of the trial on the remaining claims because Robert Leija passed away on July 13, 2007, and the illness listed in the final autopsy report differs from the original diagnosis.  Prior to Mr. Leija's death, Plaintiff contends that Mr. Leija was diagnosed with squamous cell carcinoma of the hypopharynax and pyriform sinus.  However, plaintiff asserts that a review of the final autopsy report demonstrates that Mr. Leija died from bronchopneumiona related to adenocarcinoma of the lungs which metastasized throughout his body.  Plaintiff contends that a continuance of trial on the remaining claims of negligence and unseaworthiness is proper because the required proof regarding causation has changed, and she needs additional time to obtain expert reports and conduct discovery regarding the remaining claims.  However, plaintiff requests that the maintenance and cure claims proceed to trial on the originally scheduled date of December10, 2007, because maintenance and cure was not paid properly, and as a result, the decedent paid $80,000 in co-payment bills, and his family paid an additional $9,000 to $9,500 in bills.

While the seaman has the right to join his claims for maintenance and the other general maritime law claims with his Jones Act claim and obtain a jury trial of all of these claims, he is not obligated to do so.  *Tate v. American Tugs, Inc*., 634 F.2d 869, 871 (5th Cir.1981) (citations

omitted).  He may either sue separately for maintenance and cure, or he may ask for severance of that claim. *Id.* (citations omitted).

As explained in *Tate,* maintenance and cure claims may be severed from other claims.  Based on the recent death of Mr. Leija and the findings contained in the final autopsy report, this Court grants plaintiff's request for a continuance of trial on the remaining claims.  However, unlike the remaining claims, there is no reason to delay trial on the maintenance and cure claims, which are unaffected by the final autopsy report.

## CONCLUSION

Plaintiff's Motion to Sever Maintenance and Cure Claims and to Continue Trial on Remainder of Case is granted.

New Orleans, Louisiana this 17th day of October, 2007.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**